**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

OWEN HARTY,

    Plaintiff,

v.                                                                Case No: 5:14-cv-564-Oc-30PRL

PINE PLAZA & PROPERTY
CORPORATION,

    Defendant.
_____/

# ORDER

THIS CAUSE comes before the Court upon the parties' Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice (Doc. 4). The Court, having reviewed the pleadings and being otherwise fully advised in the premises, approves the Consent Decree.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. The Consent Decree (Doc. 4, Ex. A) is APPROVED and ENTERED, with the Court retaining jurisdiction for a period of twelve (12) months over this matter for the purpose of enforcement of the Consent Decree.

2. This case is DISMISSED with prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of February, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record